UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

**Clifton Ryan Hammack
and Aimee Marie Hammack,**
    **Debtors.**
_____/

Case No. 3:18-bk-02100-PMG

## MOTION TO COMPEL DEBTORS
## TO TURNOVER PROPERTY TO THE TRUSTEE

  Pursuant to 11 U.S.C. §542, the Trustee, through his undersigned counsel, files this Motion to Compel Debtors to Turnover Property to the Trustee and states unto the Court as follows:

  1. The property of the bankruptcy estate, pursuant to 11 U.S.C. §541, includes the following:

  **2012 Trailerworld 14' enclosed trailer; farm property: oven- cooktop, dishwasher, husband's apartment small electrical appliances, pots; misc. wrenches, sockets: hammer, plyers, screw driver, drill, ratchet, saw, tool box, push mower, weed wacker.**

  2. Said property is property which the Trustee may use, sell or lease pursuant to Section 363 of the Bankruptcy Code.

  3. The trustee is entitled to a turnover of said property pursuant to 11 U.S.C. §542.

                **ROBERT ALTMAN, P.A.**

                */S/ Robert Altman*
                **Robert Altman, Trustee**
                Florida Bar No. 346861
                P.O. Box 922
                Palatka, Florida 32178-0922
                (386) 325-4691
                (386) 256-1423 Facsimile

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the Motion to Compel Debtors to Turnover Property to the Trustee was furnished to Clifton Ryan Hammack, 136 Brookfall Dr., St. Augustine, FL 32092, to Aimee Marie Hammack, 425 La Travesia Flora #103, St. Augustine, FL 32095. and to Lance P. Cohen, Esquire, 1912 Hamilton St., Suite 206, Jacksonville, FL 32210 by U.S. first class mail, postage prepaid or electronic filing CM/ECF on February 21, 2019.

                **ROBERT ALTMAN, P.A.**
                */S/ Robert Altman*
                **Robert Altman, Trustee**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**Clifton Ryan Hammack
and Aimee Marie Hammack,**
    **Debtors.**

Case No.3:18-bk-02100-PMG

_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN**:
in **Courtroom 4A**, 300 North Hogan Street, 4th floor, Jacksonville, Florida, a preliminary hearing will be held on **March 27, 2019 at 1:30 p.m.** before the Honorable Paul M. Glenn, United States Bankruptcy Judge, to consider and act upon the following matters:

**MOTION TO COMPEL DEBTORS TO TURNOVER PROPERTY TO THE TRUSTEE**

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers in the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: February 21, 2019.

**ROBERT ALTMAN, P.A.**

/S/ Robert Altman
**Robert Altman, Trustee**
Florida Bar #346861
P.O. Box 922
Palatka, Florida 32178-0922
(386) 325-4691 / Fax No. (386) 256-1423

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Preliminary Hearing on Motion to Compel Debtors to Turnover Property to the Trustee was furnished to Clifton Ryan Hammack, 136 Brookfall Dr., St. Augustine, FL 32092, to Aimee Marie Hammack, 425 La Travesia Flora #103, St. Augustine, FL 32095 and to Lance P. Cohen, Esquire, 1912 Hamilton St., Ste. 206, Jacksonville, FL 32210 by U.S. First Class Mail on February 21, 2019 postage prepaid, or electronically or electronic filing CM/ECF.

/S/ Robert Altman
**Robert Altman, Trustee**