**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| In re: | § | Case No. 18-02100-JAF |
|---|---|---|
|  | § |  |
| CLIFTON RYAN HAMMACK | § |  |
| AIMEE MARIE HAMMACK | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Robert Altman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $40,025.00 | Assets Exempt: | $6,050.00 |
| Total Distributions to Claimants: | $246,653.91 | Claims Discharged Without Payment: | $738,584.21 |
| Total Expenses of Administration: | $25,621.09 | | |

3) Total gross receipts of $272,275.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $272,275.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $233,537.00 | $233,524.13 | $233,524.13 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $25,621.09 | $25,621.09 | $25,621.09 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $751,713.99 | $751,713.99 | $13,129.78 |
| **Total Disbursements** | $0.00 | $1,010,872.08 | $1,010,859.21 | $272,275.00 |

4). This case was originally filed under chapter 7 on 06/21/2018. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>08/01/2019</u>       By:  <u>/s/ Robert Altman</u>
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2387 Joe White Rd., Bonifay, Florida | 1110-000 | $272,275.00 |
| **TOTAL GROSS RECEIPTS** | | **$272,275.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bernard & Schemer, P.A. | 4110-002 | $0.00 | $4,293.53 | $4,280.66 | $4,280.66 |
| | Busch, Reed, Jones & Leeper, P.C. (Judgment payoff) | 4120-002 | $0.00 | $500.00 | $500.00 | $500.00 |
| | State of Florida (tax stamps) | 4700-002 | $0.00 | $1,788.50 | $1,788.50 | $1,788.50 |
| | USDA (1st mortgage) | 4110-002 | $0.00 | $226,954.97 | $226,954.97 | $226,954.97 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$233,537.00** | **$233,524.13** | **$233,524.13** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert Altman, Trustee | 2100-000 | NA | $2,427.50 | $2,427.50 | $2,427.50 |
| Robert Altman, Trustee | 2200-000 | NA | $499.87 | $499.87 | $499.87 |
| Bernard & Schemer, P.A. (Settlement or Closing Fee) | 2500-002 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Bernard & Schemer, P.A. (Title Insurance) | 2500-002 | NA | $1,352.50 | $1,352.50 | $1,352.50 |
| Fidelity National Title Insurance Co. (Abstract or Title Search) | 2500-002 | NA | $100.00 | $100.00 | $100.00 |
| Robert Altman, P.A. (Bankruptcy | 2500-002 | NA | $4,000.00 | $4,000.00 | $4,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Surcharge) | | | | | |
| Holmes County, Florida Tax Collector -(2019 real estate taxes) | 2820-002 | NA | $193.37 | $193.37 | $193.37 |
| Steven Vanderwilt, CPA, Accountant for Trustee | 3410-000 | NA | $645.50 | $645.50 | $645.50 |
| Steven Vanderwilt, CPA, Accountant for Trustee | 3420-000 | NA | $22.35 | $22.35 | $22.35 |
| 7 Star Realty, Inc. (Broker's Commission), Realtor for Trustee | 3510-002 | NA | $15,330.00 | $15,330.00 | $15,330.00 |
| Naji Hassan, Realtor for Trustee | 3520-000 | NA | $50.00 | $50.00 | $50.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $25,621.09 | $25,621.09 | $25,621.09 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bruce & Shelia Hall | 7100-000 | $0.00 | $671,750.00 | $671,750.00 | $11,733.10 |
| 2 | Gulf Power Company | 7100-000 | $0.00 | $879.10 | $879.10 | $15.35 |
| 3 | Dr. Ben Sanders | 7100-000 | $0.00 | $2,327.58 | $2,327.58 | $40.65 |
| 4 | Peoples South Bank | 7100-000 | $0.00 | $13,269.69 | $13,269.69 | $231.77 |
| 5 | Universal Engineering Sciences | 7100-000 | $0.00 | $1,350.00 | $1,350.00 | $23.58 |
| 6 | Argos Ready Mix, LLC | 7100-000 | $0.00 | $10,217.04 | $10,217.04 | $178.46 |
| 8 | Verizon | 7100-000 | $0.00 | $2,469.88 | $2,469.88 | $43.14 |
| 9 | Flowers Hospital | 7100-000 | $0.00 | $270.00 | $270.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 9; Flowers Hospital) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.72 |
| 10 | Can Capital Asset | 7100-000 | $0.00 | $44,259.29 | $44,259.29 | $773.05 |

UST Form 101-7-TDR (10/1/2010)

|    | | | | | | |
|----|---|---|---|---|---|---|
|    | Servicing, Inc., assig | | | | | |
| 11 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $622.00 | $622.00 | $10.86 |
| 12 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $1,394.49 | $1,394.49 | $24.36 |
| 13 | Pawnee Leasing Corp | 7100-000 | $0.00 | $993.96 | $993.96 | $17.36 |
| 14 | SYNCHRONY BANK | 7100-000 | $0.00 | $1,910.96 | $1,910.96 | $33.38 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $751,713.99 | $751,713.99 | $13,129.78 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 18-02100-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HAMMACK, CLIFTON RYAN AND HAMMACK, AIMEE MARIE | Date Filed (f) or Converted (c): | 06/21/2018 (f) |
| For the Period Ending: | 8/1/2019 | §341(a) Meeting Date: | 07/27/2018 |
| | | Claims Bar Date: | 01/18/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2387 Joe White Rd., Bonifay, Florida | $400,000.00 | $16,775.00 | | $272,275.00 | FA |
| 2 | 2005 Chevrolet pickup | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2006 Honda Odyssy | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | 2006 Pontiac Grand Prix | $50.00 | $0.00 | | $0.00 | FA |
| 5 | 2014 Mercedes C250 | $20,000.00 | $0.00 | | $0.00 | FA |
| 6 | 2012 Trailerworld 14' enclosed trailer | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | ·Farm property: oven,-cooktop,-dishwasher ;Husband's apartment small electrical appliances, pots, See Attachment 1 | $975.00 | $0.00 | | $0.00 | FA |
| 8 | Husband's apartment -2 TVs, laptop, electric drums, ipad; Wife's electronics 3 TVs, 2 laptops, camera, 2 tablets | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Husband - golf clubs, punching bag, free weights, fishing poll, tackle box, !camping gear, tent, cooler; Wife's - free weights, yoga mat | $225.00 | $0.00 | | $0.00 | FA |
| 10 | Man's clothing and shoes, woman's clothing and shoes and kids | $350.00 | $0.00 | | $0.00 | FA |
| 11 | Woman's jewelry - costume jewelry and watch | $75.00 | $0.00 | | $0.00 | FA |
| 12 | VyStar FCU | $600.00 | $0.00 | | $0.00 | FA |
| 13 | Crossroads Caring Home, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Hammack Farms, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Hammack Contracting, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 16 | security deposit: Lisa Broekman | $1,300.00 | $0.00 | | $0.00 | FA |
| 17 | Misc. wrenches; sockets: hammer, plyers, screw driver, drill, ratchet, saw, tool box; Push mower, weed wacker | $75.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 18-02100-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HAMMACK, CLIFTON RYAN AND HAMMACK, AIMEE MARIE | Date Filed (f) or Converted (c): | 06/21/2018 (f) |
| For the Period Ending: | 8/1/2019 | §341(a) Meeting Date: | 07/27/2018 |
| | | Claims Bar Date: | 01/18/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 18 | Farm - 2 disk plows, 1 bottom plow, 1 row planter, 1 4 row planter sprayer, inverter, 1 peanut picker, 1 peanut wagon, 1 tractor, fuel tanks, misc. parts | $15,000.00 | $0.00 | | $0.00 | FA |
| 19 | 2 bicycles, compound hunting bow and arrows | $50.00 | $0.00 | | $0.00 | FA |
| 20 | security deposit on rental unit with The Goodlife Real Estate, LLC | $1,375.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**          $446,075.00          $16,775.00          $272,275.00          **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

3/28/2019: The bank has a lien on the trailer to be auctioned by the Trustee in April. The trailer is a 2012 rather than a 2014 trailer and the lien was initially missed. The auction will not go forward and the trailer will be released to the creditor.

Notice of Intent to Sell Property of the Estate at Public Auction filed March 13, 2019. The notice provides for the sale of the estate's equity interest in a 2014 Trailerworld 14' enclosed trailer at Public Auction on April 6, 2019.

Order Approving Application to Employ Peter Mocke of Redline Motor Group, Inc. as Auctioneer for the Estate signed March 6, 2019.

Order Granting Motion to Compel Debtor to Turnover Property to the Trustee signed February 28, 2019. The Order Provides that the Debtors shall turnover to the Trustee's auctioneer, Peter Mocke of Redline Motor Group, Inc. d/b/a Fleming Auction the 2012 Trailerworld 14' enclosed trailer, including any maintenance records and all keys and the original Certificate of Title, if available. The Debtors hereby waive any and all exemptions claimed in the trailer and shall cooperate with the auctioneer in arranging the pick-up of the trailer, within ten (10) days from the date of this order. With respect to the other items listed in the Motion to Compel Debtor to Turnover Property to the Trustee [Doc. No. 22], the motion is withdrawn.

2/28/2019: The Trustee's accountant has reviewed the petition, trustee's motion to sell, the debtors' 2017 tax return, current Form 1&2, and the final closing statement to determine the tax treatment of the sale of the estates' interest in real estate (the debtor';s former residence). There will be no negative federal income tax effect from the sale (no taxes are due). If the Mercedes and Trailerworld sell after August 31st, the proceeds may generate enough income to require a tax return. If the vehicles will be gone before the end of August, no tax returns will be needed.

Order Approving Application to Employ Steven Vanderwilt as Accountant signed February 26, 2019.

Trustee's Motion to Compel Debtor to Turnover Property to the Trustee filed February 21, 2019 regarding 2012 Trailerworld 14' enclosed trailer; farm property: oven- cooktop, dishwasher, husband's apartment small electrical appliances, pots; misc. wrenches, sockets: hammer, plyers, screw driver, drill, ratchet, saw, tool box, push mower, weed wacker.

2/21/2019: The Holmes County Tax Collector filed a claim in the amount of $4,293.53 but released its claim at closing on Feb. 21, 2019 for $4,280.66.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 18-02100-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HAMMACK, CLIFTON RYAN AND HAMMACK, AIMEE MARIE | Date Filed (f) or Converted (c): | 06/21/2018 (f) |
| For the Period Ending: | 8/1/2019 | §341(a) Meeting Date: | 07/27/2018 |
| | | Claims Bar Date: | 01/18/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Order Granting Trustee's Motion to Sell Real estate located at 2387 Joe White Rd., Bonifay, Florida to Gary A. Valcourt and Lynne M. Valcourt for $255,500.00 with the estate receiving an estimated surcharge of $16,775.00 signed January 10, 2018.

Trustee's Motion to Sell filed December 14, 2018 regarding real estate located at 2387 Joe White Rd., Bonifay, Florida to Gary A. Valcourt and Lynee M. Valcourt foe $255,500.00 with the estate receiving an estimated surcharge of $16,775.00.

11/27/2018: The September 20, 2018 contract was amended to increase the purchase price to $255,500.00.

9/20/2018: A Residential Contract for Sale and Purchase was signed September 20, 2018 providing for the sale of real estate located at 2387 Joe White Road, Bonifay, Florida to Gary and Lynne Valcourt for $240,100.00.

Order Approving Application to Employ Naji Hassan of 7 Star Realty, Inc. as Realtor for the Estate signed July 19, 2018.

| Initial Projected Date Of Final Report (TFR): | 05/22/2019 | Current Projected Date Of Final Report (TFR): | | /s/ ROBERT ALTMAN |
|---|---|---|---|---|
| | | | | ROBERT ALTMAN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-02100-JAF | |
| **Case Name:** | HAMMACK, CLIFTON RYAN AND HAMMACK, AIMEE MARIE | |
| **Primary Taxpayer ID #:** | **-***3726 | |
| **Co-Debtor Taxpayer ID #:** | **-***3727 | |
| **For Period Beginning:** | 6/21/2018 | |
| **For Period Ending:** | 8/1/2019 | |

| | |
|---|---|
| **Trustee Name:** | Robert Altman |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******0001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $32,583,498.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/21/2019 | | Bernard & Schemer, P.A. | Order Granting Trustee's Motion to Sell Real estate located at 2387 Joe White Rd., Bonifay, Florida to Gary A. Valcourt and Lynne M. Valcourt for $255,500.00 with the estate receiving an estimated sur | * | $16,775.00 | | $16,775.00 |
| | {1} | | $272,275.00 | 1110-000 | | | $16,775.00 |
| | | | USDA (1st mortgage)  $(226,954.97) | 4110-002 | | | $16,775.00 |
| | | | Holmes County, Florida Tax Collector -(2019 real estate taxes)  $(193.37) | 2820-002 | | | $16,775.00 |
| | | | 7 Star Realty, Inc. (Broker's Commission)  $(15,330.00) | 3510-002 | | | $16,775.00 |
| | | | Bernard & Schemer, P.A. (Settlement or Closing Fee)  $(1,000.00) | 2500-002 | | | $16,775.00 |
| | | | Fidelity National Title Insurance Co. (Abstract or Title Search)  $(100.00) | 2500-002 | | | $16,775.00 |
| | | | Bernard & Schemer, P.A. (Title Insurance)  $(1,352.50) | 2500-002 | | | $16,775.00 |
| | | | State of Florida (tax stamps)  $(1,788.50) | 4700-002 | | | $16,775.00 |
| | | | Holmes County, Florida Tax Collector (pre-petition real estate taxes)  $(4,280.66) | 4110-002 | | | $16,775.00 |
| | | | Busch, Reed, Jones & Leeper, P.C. (Judgment payoff)  $(500.00) | 4120-002 | | | $16,775.00 |
| | | | Robert Altman, P.A. (Bankruptcy Surcharge)  $(4,000.00) | 2500-002 | | | $16,775.00 |
| 06/15/2019 | 3001 | Naji Hassan | Claim #: ; Amount Claimed: 50.00; Amount Allowed: 50.00; Distribution Dividend: 100.00; Account Number: ; | 3520-000 | | $50.00 | $16,725.00 |
| 06/15/2019 | 3002 | Robert Altman | Trustee Compensation | 2100-000 | | $2,427.50 | $14,297.50 |
| 06/15/2019 | 3003 | Robert Altman | Trustee Expenses | 2200-000 | | $499.87 | $13,797.63 |
| 06/15/2019 | 3004 | Steven Vanderwilt, CPA | Claim #: ; Amount Claimed: 645.50; Amount Allowed: 645.50; Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $645.50 | $13,152.13 |
| 06/15/2019 | 3005 | Steven Vanderwilt, CPA | Claim #: ; Amount Claimed: 22.35; Amount Allowed: 22.35; Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $22.35 | $13,129.78 |
| 06/15/2019 | 3006 | Bruce & Shelia Hall | Claim #: 1; Amount Claimed: 671,750.00; Amount Allowed: 671,750.00; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $11,733.10 | $1,396.68 |
| | | | **SUBTOTALS** | | $16,775.00 | $27,111.42 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 18-02100-JAF | |
| **Case Name:** | HAMMACK, CLIFTON RYAN AND HAMMACK, AIMEE MARIE | |
| **Primary Taxpayer ID #:** | **-***3726 | |
| **Co-Debtor Taxpayer ID #:** | **-***3727 | |
| **For Period Beginning:** | 6/21/2018 | |
| **For Period Ending:** | 8/1/2019 | |

| | |
|---|---|
| **Trustee Name:** | Robert Altman |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******0001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $32,583,498.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/15/2019 | 3007 | Gulf Power Company | Claim #: 2; Amount Claimed: 879.10; Amount Allowed: 879.10; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $15.35 | $1,381.33 |
| 06/15/2019 | 3008 | Dr. Ben Sanders | Claim #: 3; Amount Claimed: 2,327.58; Amount Allowed: 2,327.58; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $40.65 | $1,340.68 |
| 06/15/2019 | 3009 | Peoples South Bank | Claim #: 4; Amount Claimed: 13,269.69; Amount Allowed: 13,269.69; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $231.77 | $1,108.91 |
| 06/15/2019 | 3010 | Universal Engineering Sciences | Claim #: 5; Amount Claimed: 1,350.00; Amount Allowed: 1,350.00; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $23.58 | $1,085.33 |
| 06/15/2019 | 3011 | Argos Ready Mix, LLC | Claim #: 6; Amount Claimed: 10,217.04; Amount Allowed: 10,217.04; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $178.46 | $906.87 |
| 06/15/2019 | 3012 | Verizon | Claim #: 8; Amount Claimed: 2,469.88; Amount Allowed: 2,469.88; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $43.14 | $863.73 |
| 06/15/2019 | 3013 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.72 | $859.01 |
| | | | Claim Amount                $(4.72) | 7100-001 | | | $859.01 |
| 06/15/2019 | 3014 | Can Capital Asset Servicing, Inc., assig | Claim #: 10; Amount Claimed: 44,259.29; Amount Allowed: 44,259.29; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $773.05 | $85.96 |
| 06/15/2019 | 3015 | Quantum3 Group LLC as agent for | Claim #: 11; Amount Claimed: 622.00; Amount Allowed: 622.00; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $10.86 | $75.10 |
| 06/15/2019 | 3016 | Wells Fargo Bank, N.A. | Claim #: 12; Amount Claimed: 1,394.49; Amount Allowed: 1,394.49; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $24.36 | $50.74 |
| 06/15/2019 | 3017 | Pawnee Leasing Corp | Claim #: 13; Amount Claimed: 993.96; Amount Allowed: 993.96; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $17.36 | $33.38 |
| 06/15/2019 | 3018 | SYNCHRONY BANK | Claim #: 14; Amount Claimed: 1,910.96; Amount Allowed: 1,910.96; Distribution Dividend: 1.75; Account Number: ; | 7100-000 | | $33.38 | $0.00 |

**SUBTOTALS**   $0.00   $1,396.68

# FORM 2

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 18-02100-JAF | |
| Case Name: | HAMMACK, CLIFTON RYAN AND HAMMACK, AIMEE MARIE | |
| Primary Taxpayer ID #: | **-***3726 | |
| Co-Debtor Taxpayer ID #: | **-***3727 | |
| For Period Beginning: | 6/21/2018 | |
| For Period Ending: | 8/1/2019 | |

| | |
|---|---|
| Trustee Name: | Robert Altman |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******0001 |
| Account Title: | |
| Blanket bond (per case limit): | $32,583,498.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $16,775.00 | $16,775.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $16,775.00 | $16,775.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $16,775.00 | $16,775.00 | |

| **For the period of  6/21/2018 to 8/1/2019** | | **For the entire history of the account between 02/08/2019 to 8/1/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $272,275.00 | Total Compensable Receipts: | $272,275.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $272,275.00 | Total Comp/Non Comp Receipts: | $272,275.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $16,775.00 | Total Compensable Disbursements: | $16,775.00 |
| Total Non-Compensable Disbursements: | $255,500.00 | Total Non-Compensable Disbursements: | $255,500.00 |
| Total Comp/Non Comp Disbursements: | $272,275.00 | Total Comp/Non Comp Disbursements: | $272,275.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 18-02100-JAF | Trustee Name: Robert Altman |
| Case Name: | HAMMACK, CLIFTON RYAN AND HAMMACK, AIMEE MARIE | Bank Name: Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3726 | Checking Acct #: ******0001 |
| Co-Debtor Taxpayer ID #: | **-***3727 | Account Title: |
| For Period Beginning: | 6/21/2018 | Blanket bond (per case limit): $32,583,498.00 |
| For Period Ending: | 8/1/2019 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $16,775.00 | $16,775.00 | $0.00 |

| For the period of 6/21/2018 to 8/1/2019 | | For the entire history of the case between 06/21/2018 to 8/1/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $272,275.00 | Total Compensable Receipts: | $272,275.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $272,275.00 | Total Comp/Non Comp Receipts: | $272,275.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $16,775.00 | Total Compensable Disbursements: | $16,775.00 |
| Total Non-Compensable Disbursements: | $255,500.00 | Total Non-Compensable Disbursements: | $255,500.00 |
| Total Comp/Non Comp Disbursements: | $272,275.00 | Total Comp/Non Comp Disbursements: | $272,275.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT ALTMAN

ROBERT ALTMAN